against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal denied, without costs.

GROW, Respondent, v. LARSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by Theresa Grow against Elias T. Larson. No opinion. Motion to dismiss appeal granted, with costs, but without costs of this motion.

(119 App. Div. 890)

HABIRSHAW, Respondent, v. ISLER et al., Appellants (three cases). (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Josephine A. Habirshaw against Thusnelda Isler and others. J. A. Donnelly, for appellants. G. L. Stamm, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements in each case, on Haley v. Sheridan, 107 App. Div. 17, 94 N. Y. Supp. 864. Orders filed.

HALL, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by George Hall against the New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, and votes for reversal on the ground that the plaintiff was guilty of contributory negligence as matter of law (Fiddler v. N. Y. C., etc., 64 App. Div. 95, 71 N. Y. Supp. 721; Fealey v. Bull, 163 N. Y. 397, 57 N. E. 631; Culhane v. N. Y. C., etc., 60 N. Y. 133; Rich v. Pa. R. R. Co., 112 App. Div. 818, 98 N. Y. Supp. 678), and also on the ground that the finding of the jury that the defendant was guilty of negligence which was the proximate cause of the accident was contrary to and against the weight of evidence.

ROBSON, J., not voting.

HALL, Appellant. v. YOCUM et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Hannah M. Hall against William H. Yocum and another.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissents.

HALLINAN, Respondent, v. VILLAGE OF HOMER et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by John Hallinan against the village of Homer and another. No opinion. Judgment and order unanimously affirmed, with costs.

HALSTEAD, Appellant, v. UNION TRUST CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Charles S. Halstead against the Union Trust Company of New York. G. W. Carr, for appellant. B. A. Morton, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend, on

payment of costs in this court and in the court below. Order filed.

HAMBURG BELLE CIGAR CO., Appellant, v. BROOKLYN UNION GAS CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by the Hamburg Belle Cigar Company against the Brooklyn Union Gas Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HAMILTON, Appellant, v. MAYOR OF CITY OF NEW YORK, Defendant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Schuyler V. C. Hamilton against the mayor of the city of New York. E. L. Baylies, for appellant. A. Van Wyck, for defendant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAMILTON, Appellant, v. NILES-BEMENT-POND CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by David W. Hamilton against the Niles-Bement-Pond Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents on the ground that the court committed reversible error in refusing the charge, as requested by defendant's counsel, that if the plaintiff knew that the crane was to be moved he could not recover. ROBSON, J., not voting.

HARDIE, Appellant, v. SEIXAS, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by George B. Hardie against Gershom A. Seixas.

PER CURIAM. The plaintiff was entitled to judgment for the amount for which a check had been given to him, viz., for $353.15, for no accord and satisfaction was made out. The judgment of the Municipal Court is therefore reversed, and a new trial ordered; costs to abide the event.

HARRISON, Appellant, v. HIND & HARRISON PLUSH CO. et al, Respondents. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Herbert B. Harrison against the Hind & Harrison Plush Company and others. L. Marshall, for appellant. G. C. Lay, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARTNETT, Respondent, v. DELAWARE, L. & W. R. CO., Appellant (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Minnie Hartnett against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and a new trial ordered in the City Court of the city of Fulton on the 25th day of July, 1907, with costs in this and the County Court,